372 A.2d 1201
COMMONWEALTH of Pennsylvania
v.
Eugene EPPERSON, Appellant.

Supreme Court of Pennsylvania.

Argued April 18, 1977.

Decided May 17, 1977.

Gilbert B. Abramson, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Arthur James, Philadelphia, Pa., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.